LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 1100
New York, NY 10038
P: (212) 581-5005
F: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
Vance McCrary (MCCRM4402)
210 S. Washington Ave.
Mobile, AL 36602
P: (251) 433-8100
F: (251) 433-8181

Cooperating Counsel for
THE NLG MAURICE AND JANE SUGAR
LAW CENTER FOR ECONOMIC AND
SOCIAL JUSTICE, a non-profit law firm
4605 Cass Ave, Second Floor
Detroit, Michigan 48201
P: (313) 993-4505
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
NEW ENGLAND JOINT BOARD OF UNITE HERE
LOCAL UNION 1208T AND LOCAL 1226T and KEVIN
GALVIN, JOSEPH MELLO and PAUL RAPOSA
on behalf
of themselves and other similarly situated employees | No. 1:17-cv-02079-VM-SN

Plaintiffs

against | **NOTICE OF VOLUNTARY JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

PATRIARCH PARTNERS, LLC,
PATRIARCH PARTNERS XIV, LLC, AND
DURO TEXTILES, LLC

Defendants.
-----------------------------------------------------------------

Plaintiffs New England Joint Board of Unite Here Local Union 1208T and Local 1226T and Kevin Galvin, Joseph Mello, and Paul Raposa (collectively, "Plaintiffs"), through their undersigned counsel, hereby notice the voluntary dismissal of this action, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) as to Defendants Patriarch Partners, LLC and Patriarch Partners XIV, LLC.

Dated: Mobile, Alabama
July 9, 2018

By: _____
LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 1100
New York, NY 10038
P: (212) 581-5005
F: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
Vance McCrary (MCCRM4402)
210 S. Washington Ave.
Mobile, AL 36602
P: (251) 433-8100
F: (251) 433-8181

Cooperating Counsel for
THE NLG MAURICE AND JANE SUGAR
LAW CENTER FOR ECONOMIC AND
SOCIAL JUSTICE, a non-profit law firm
4605 Cass Ave, Second Floor
Detroit, Michigan 48201
P: (313) 993-4505
*Attorneys for Plaintiffs*

Dated: New Orleans, Louisiana
July 9, 2018

By: _____
Nicole A. Eichberger (admitted *pro hac vice*)
Kathleen M. McKenna
Allan S. Bloom
Nayirie Kuyumjian
Proskauer Rose
Eleven Times Square
New York, New York 10036-8299
Tel.: (212) 969-3000
Fax: (212) 929-2900

*Attorneys for Defendants
Patriarch Partners, LLC and Patriarch
Partners XIV, LLC*